Case 2:24-cv-05598-MMB    Document 22    Filed 03/09/26    Page 1 of 1

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **DENISE SCHAFFER**<br><br>**v.**<br><br>**PENN ENGINEERING &<br>MANUFACTURING, CORP.** | **CIVIL ACTION**<br><br>**NO. 24-5598** |

**O R D E R**

AND NOW this 9th day of March, 2026, it is hereby ORDERED that:

1.     For the reasons stated in the foregoing Memorandum, summary judgment is GRANTED on all claims except for the FLMA "interference" claim as to which summary judgment will be DENIED.

2.     Plaintiff's pretrial memorandum is due April 9, 2026.

3.     Defendant's pretrial memorandum is due April 16, 2026.

4.     A final pretrial telephone conference shall be held on April 27, 2026 at 3:00 p.m. Counsel for Plaintiff shall initiate the teleconference and when all counsel are on the line, join Chambers on to the call (Chambers ph: 267-299-7520).

BY THE COURT:

/s/ Michael M. Baylson

_____

**MICHAEL M. BAYLSON
United States District Court Judge**

\\adu.dcn\paed\PHL-DATA\Judge_Baylson\CIVIL 24\24-5598 Schaffer v Penn Engineering\24cv5598 order on sj and setting pretrial dates.docx